EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
GIL GONZALEZ
Supervising Deputy Attorney General
GARRETT BEAUMONT, State Bar No. 63863
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2277
 Fax: (619) 645-2191
 Email: Garrett.Beaumont@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARR RASHID CROWDER,<br><br>                                    Petitioner,<br><br>   v.<br><br>JAMES E. TILTON, Secretary, California Department of Corrections and Rehabilitation,<br><br>                                    Respondent. | 08-0694 DMS (JMA)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONDENT'S ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: Honorable Jan M. Adler |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  GIL GONZALEZ
   Supervising Deputy Attorney General
5  GARRETT BEAUMONT, State Bar No. 63863
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2277
    Fax: (619) 645-2191
9   Email: Garrett.Beaumont@doj.ca.gov

10 Attorneys for Respondent

11                IN THE UNITED STATES DISTRICT COURT

12                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | **LAMARR RASHID CROWDER,** | 08-0694 DMS (JMA) |
|---|---|
| Petitioner, | **APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONDENT'S ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **JAMES E. TILTON, Secretary, California Department of Corrections and Rehabilitation,** | |
| Respondent. | Judge: Honorable Jan M. Adler |

20

21         Garrett Beaumont hereby declares, under penalty of perjury, that he is the Deputy Attorney

22 General assigned to prepare Respondent's answer to the petition for writ of habeas corpus, currently

23 due for filing on July 14, 2008; that since this case was assigned to declarant, declarant has had to

24 file respondent's briefs in *People v. Cervantes*, G038889; *People v. Crow*, G038959; *People v.*

25 *Ibarra*, E043732; *People v. Ingram*, E044107; *People v. Mata*, E04227; *People v. Meyers*, D051608;

26 and *People v. Pratt*, E043347, has had to file federal habeas corpus answers in *Jenkins v. Adams*,

27 EDCV07-1097; *Miles v. Marshall*, SACV06-743; *Parra v. Martinez*, CV08-283, and has been

28 working on respondent's briefs in *People v. Carillo*, E044123; *People v. Gauldin*, D052093; *People*

1  *v. House*, D051962; *People v. Littlefield*, E044535; *People v. Ross*, E044835; *People v. Tran*,
2  D052346, and a federal response in *Shufelt v. Hedgpeth*, CV08-0991, all due within 30 days of the
3  current due date. In addition to the foregoing matters, declarant continues to review the records in
4  the pending automatic capital appeal in *People v. Nguyen*, S076340, and the pending capital federal
5  habeas corpus case in *Bemore v. Ayers*, 08CV0311.

   Approximately 30 additional days will therefore be required to adequately prepare, review
and file the supplemental answer. I have e-mailed Petitioner's attorney, who has no opposition to
this enlargement of time request. For these reasons, declarant requests an enlargement of time, to
and including August 14, 2008, to complete and file Respondent's answer to the petition for writ of
habeas corpus.

Dated: July 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

GIL GONZALEZ
Supervising Deputy Attorney General

s/ Garrett Beaumont

GARRETT BEAUMONT
Deputy Attorney General
Attorneys for Respondent

GB:adc
80258156.wpd
SD2008800993

08-0694 DMS (JMA)

2

## CERTIFICATE OF SERVICE

Case Name:   **Crowder v. Tilton**

No.:   **08-0694 DMS (JMA)**

I declare:

On <u>July 9, 2008</u>, I electronically filed the following document(s):

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONDENT'S ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

lawnahan@sbcglobal.net, jlanalaw@aol.com

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

NONE

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 9, 2008, at San Diego, California.

|  |  |
|---|---|
| A. Curiel | _A. Curiel_ (signature) |
| Declarant | Signature |

SD2008800993
80258259.wpd