IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAMARR RASHID CROWDER,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**JAMES E. TILTON, Secretary, California Department of Corrections and Rehabilitation,**<br><br>　　　　　　　　　　　　Respondent. | 08-0694 DMS (JMA)<br><br>**ORDER ENLARGING TIME**<br><br>Judge: Honorable Jan M. Adler |

　　Good cause having been shown, the time for filing Respondent's answer to the petition for writ of habeas corpus is enlarged to **August 14, 2008**. Petitioner shall file a Traverse to Respondent's Answer not later than **September 19, 2008**.

　　**IT IS SO ORDERED.**

DATED: July 11, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge