1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  GARRETT BEAUMONT, State Bar No. 63863
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2277
    Fax: (619) 645-2191
9   Email: Garrett.Beaumont@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14 **LAMARR RASHID CROWDER,** | 08-0694 DMS (JMA) |
| 15                          Petitioner, | **RESPONDENT'S NOTICE OF LODGING** |
| 16          v. | Judge: Honorable Jan M. Adler |
| 17 **JAMES E. TILTON, Secretary, California Department of Corrections and Rehabilitation,** | |
| 18                          Respondent. | |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  GARRETT BEAUMONT, State Bar No. 63863
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2277
     Fax: (619) 645-2191
9    Email: Garrett.Beaumont@doj.ca.gov

10 Attorneys for Respondent

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | LAMARR RASHID CROWDER,           | 08-0694 DMS (JMA)
15 |                       Petitioner, | **RESPONDENT'S NOTICE OF LODGING**
16 |     v.                            |
   |                                   | Judge: Honorable Jan M. Adler
17 | JAMES E. TILTON, Secretary, California |
   | Department of Corrections and Rehabilitation, |
18 |                                   |
   |                       Respondent. |
19

20

21        PLEASE TAKE NOTICE that Respondent hereby lodges copies of the following

22 documents in the United States District Court for the Southern District of California in San Diego:

23        1.    Two volumes of clerk's transcripts filed in D046701;

24        2.    Twelve volumes of reporter's transcripts filed in D046701;

25        3.    Appellant's opening brief filed in the California Court of Appeal in D046701;

26        4.    Respondent's brief filed in the California Court of Appeal in D046701;

27        5.    Appellant's reply brief filed in the California Court of Appeal in D046701;

28        6.    The opinion filed by the California Court of Appeal in D046701;

7. Petitioner's petition for review; and

8. The California Supreme Court order denying review filed in S147703.

Dated: August 11, 2008

                Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s/Garrett Beaumont

GARRETT BEAUMONT
Deputy Attorney General

Attorneys for Respondent

GB:adc
80270322.wpd
SD2008800993

08-0694 DMS (JMA)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Crowder v. Tilton**

No.:   **08-0694 DMS (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 11, 2008, I served the attached **NOTICE OF LODGING** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

John Lanahan
Attorney at Law
Law Offices of John Lanahan
550 West C Street, Suite 1670
San Diego, CA 92101-8557
lawnahan@sbcglobal.net
(Attorney for Petitioner)

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 11, 2008, at San Diego, California.

|   A. Curiel   |   _(signed)_   |
|---|---|
|   Declarant   |   Signature   |

80270618.wpd