JOHN LANAHAN
CA State Bar Number 133091
550 West C Street, Suite 1670
San Diego, CA 92101-8857
Telephone: (619) 237-5498
FAX: (619) 237-8898
E-mail: lawnahan@sbcglobal.net

*Attorney for Petitioner LaMarr Crowder*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMARR RASHID CROWDER, | ) | Civ. No. 08CV0694-DMS (JMA) |
| Petitioner, | ) ) | **PETITIONER'S APPLICATION TO ENLARGE TIME IN WHICH TO FILE TRAVERSE** |
| v. | ) ) | |
| MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, | ) ) ) ) | |
| Respondent. | ) ) | |

    LaMarr Rashid Crowder, the petitioner in this case, by and through his attorney John Lanahan, applies to enlarge the time in which to file the traverse from September 19, 2008, to October 20, 2008.

    The reason for this application are set forth in the attached declaration of counsel.

DATED: September 12, 2008                    Respectfully submitted,

                                                          s/ *John Lanahan*
                                                          John Lanahan
                                                          CA Bar Number 133091
                                                          550 West C Street, Suite 1670
                                                          San Diego, CA 92101-8557
                                                          Telephone: (619) 237-5498
                                                          Fax: (619) 237-8898
                                                          E-mail: lawnahan@sbcglobal.net

1  JOHN LANAHAN
   CA State Bar Number 133091
2  550 West C Street, Suite 1670
   San Diego, CA 92101-8857
3  Telephone: (619) 237-5498
   FAX: (619) 237-8898
4  E-mail: lawnahan@sbcglobal.net

5  *Attorney for Petitioner LaMarr Crowder*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARR RASHID CROWDER, ) | Civ. No. 08CV0694-DMS (JMA) |
| ) | |
| Petitioner, ) | **DECLARATION OF COUNSEL** |
| ) | **IN SUPPORT OF APPLICATION** |
| v. ) | **TO ENLARGE TIME IN WHICH** |
| ) | **TO FILE TRAVERSE** |
| MATTHEW CATE, Secretary, ) | |
|   California Department of ) | |
|   Corrections and Rehabilitation, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

I, John Lanahan, hereby declare under penalty of perjury:

    1. I am the attorney for the petitioner, LaMarr Rashid Crowder.

    2. On April 16, 2008, I filed the petition for writ of habeas corpus on behalf of the petitioner.

    3. On April 22, 2008, the Court set a briefing schedule in which the respondent had until July 14, 2008, in which to file a return, and the petitioner had until August 14, 2008, in which to file a traverse.

    4. On July 11, 2008, the Court granted the respondent's unopposed motion to enlarge the time in which the return could be filed until August 14, 2008.

    5. On August 11, 2008, the respondent filed a return.

    6. Due to other matters, in particular:

        A. Motion for New Trial to be filed in the Superior Court of San Diego

County in *People v. Felipe Da Costa,* SCD208755, to be heard on October 3, 2008, from an attempted murder conviction on a case for which I was not trial counsel;

  B. Appellant's opening brief in *People v. Alberto Guzman*, E045596, due September 19, 2008, in the California Court Appeal for the Fourth Appellate District, Division Two, after one previous extension; and

  C. Reply brief in *Skoor v, Tilton*, 08-55261, due September 26, 2008, in the United States Court of Appeals for the Ninth Circuit,

I request an additional thirty days in which to file the traverse in this matter.

  7. Opposing counsel Deputy Attorney Garrett Beaumont has no opposition to this application for an enlargement of thirty days in which to file the traverse in this matter.

  10. I therefore request that the time in which to file the petitioner's traverse be enlarged from September 19, 2008, to October 20, 2008.

  This declaration was executed in San Diego, California, this 12th day of September, 2008.

            /s/ *John Lanahan*
            John Lanahan, declarant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaMARR RASHID CROWDER,<br><br>      Petitioner,<br><br>v.<br><br>MATTHEW CATE, Secretary, California<br>      Department of Corrections and<br>      Rehabilitation,<br><br>      Respondent. | ) Civil No. 08cv0694-DMS (JMA)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, the undersigned, say:

    1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

    2) That my business address is 550 West C Street, Suite 1670, San Diego, California, 92101-8557;

    3) That I caused the <u>PETITIONER'S APPLICATION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE TRAVERSE</u> to be electronically served on the following persons are currently on the list of notices for this case:

    Deputy Attorney General Garrett Beaumont
    docketingsdawt@doj.ca.gov
    Garrett.Beaumont@doj.ca.gov
    Attorney for Respondent

    4) I also mailed a copy of the attached application for enlargement of time to the petitioner.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September, 12, 2008, at San Diego, California.

                                          /s/ *John Lanahan*
                                          JOHN LANAHAN